**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

Cheskel Gross, individually and on behalf of all others similarly situated,

                             Plaintiff,

Civil Action No:
1:21-cv-3989

   -v.-

Radius Global Solutions LLC,

                            Defendants.

------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

     Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 5th day of October, 2021

                                       */s/Tamir Saland*
                                       Tamir Saland, Esq.
                                       **Stein Saks, PLLC**
                                       One University Plaza
                                       Hackensack, NJ 07601
                                       Ph: 201-282-6500
                                       tsaland@steinsakslegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 5, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Tamir Saland*
      Tamir Saland